IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTHA JUDY BURKS, as executrix of estate of Glenn Burks, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VETERAN'S ADMINISTRATION MEDICAL )<br>CENTER d/b/a TENNESSEE VALLEY )<br>HEALTH CARE, Nashville Campus; JANE )<br>HOWARD, M.D.; RAY STOKES PEEBLES, )<br>M.D.; and JOHN and/or JANE DOE, )<br>)<br>Defendants. ) | No. 3:07-0251<br>Judge Nixon<br>Magistrate Judge Knowles |

## ORDER

Plaintiff Martha Judy Burks, proceeding *pro se*, filed a Complaint with the Court on February 28, 2007 (Doc. No. 1). This Court referred the action to Magistrate Judge Knowles for customized case management. (Doc. No. 2). In a timely response to an Order to Show Cause (Doc No. 3), Plaintiff informed the Court that she had not exhausted her administrative remedies in the Veteran's Administration and would pursue such remedies at this time. (Doc. No. 5). In light of Plaintiff's acknowledgment that she has not exhausted her administrative remedies, Magistrate Judge Knowles filed a Report and Recommendation that this action be dismissed without prejudice for want of jurisdiction. (Doc. No. 6).

This Court **ADOPTS** Magistrate Judge Knowles' Report and Recommendation in its entirety, and hereby **ORDERS** that this action is **DISMISSED without prejudice**. Plaintiff

may re-file the action should she exhaust her administrative remedies.

It is so ORDERED.

Entered this the \_\_\_\_5\_\_\_\_ day of March, 2008.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

2